**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER TO REINSTATE**

Appellate case name:      Felicia Yvonne Polk v. The State of Texas

Appellate case number:    01-12-00895-CR

Trial court case number:  1264461

Trial court:              263rd District Court of Harris County

On May 9, 2013, we abated this appeal and remanded this case to the trial court to determine whether appellant, Felicia Yvonne Polk, wished to prosecute the appeal and, if so, to resolve the question of representation on appeal. At a hearing held on May 28, appellant affirmed her desire to prosecute this appeal. On June 12, 2013, appellant's appointed trial counsel, Jerome Godinich, Jr. filed a letter with this Court stating that he had been appointed to represent appellant in this appeal and intended to file a brief in the appeal within 30 days of June 10, 2013, the date of the letter. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is ORDERED to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). No extensions will be granted. Appellee's brief, if any, is ORDERED to be filed no later than 30 days from the date that appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Jim Sharp
                    ☑ Acting individually    ☐ Acting for the Court

Date: August 16, 2013